

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    SEP - 3 2002

LORETTA G. WHYTE
CLERK

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Darryl C. Harris & others

(Enter above the full name of the
plaintiff in this action.)

versus

Washington Parish Sheriffs Office
The State of La.

(Enter above the full name of the
defendant or defendants in this
action.)

CIVIL ACTION

NO. **02-2532**

SECT E MAG. 4

COMPLAINT

I.    Previous Lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( )   No ( X )

___ Fee Pauper
___ Process _____
X_ Dktd _____
___ CtRmDep _____
___ Doc. No. 1

## Additional Plaintiffs

Stephen Seal Jr.  *Stephen Lay Seal Jr*

P.O. Box 362 Franklinton La. 70438

5-30-81

U/K

5-4-01

Volated

Frederick H. Dyson  *Frederick Dyson*

120 Liberty Dr. Bogalusa, La. 70427

7-25-66

298926

3-12-01

5-2-94

John Tate  *John Tate*

317 20th Ave Franklinton La. 70438

5-24-68

399582

4-2-01

4-2-01

## Additional Plaintiffs

Sidney L. Mark    *Sidney L. Mark*
Union Ave Sunset Acer Apt. 86
7 - 16 - 81
u/k
u/k
not convicted

Daniel Crumedy    *Daniel Crumedy*
1104 Lincoln St. Bog. La. 70427
8 - 8 - 62
Doc # 406319
2 - 2 - 02
volated

Jessie Williams    *Jessie Williams*
A. J. Brumfield RD Mount Hermon
8 - 2 - 35
Doc # 376449
6 - 1 - 01
volated  8-14-01

Max Quave    *Max Quave*
706 Ave. E. Bogalusa, La. 70427
10 - 18 - 77
Doc # 410628
u/k
u/k

<u>Additional Plaintiffs</u>

Roderick Daniels                    Roderick Daniels
1917 Bene ST. Franklinton La.
10-17-82
u/K
3-25-02
not convicted


Charles Mizell          Charles Mizell
625 Ave D. Begalusa, La. 70427
2-24-59
DOC# 112570
u K
Volated


Anthony, Andrews       Anthony Andrews
924 Mercedes St. Bogalusa La. 70427
7-9-68
DOC# 437173
10-24-00
1-8-01


Johnathan Brumfield    Johnathan Brumfield
71380 B. Alford Road   Kentwood, La. 70444
10-17-76
u/K
10-26-02
u/K

# Additional Plaintiffs

Leon Earl Lewis — Leon E. Lewis
900 Lincoln St, Bogalusa, La. 70427
5-8-65   May 8, 1965
D.O.C # 123849
2·5·02
Parole, no pending Charges

Elvin Pigott   Elvin Pigott
314 Second Ave. Bogalusa, La. 70427
5-30-78   May 30, 1978
DOC # 404840
1-25-01
6-17-02

Allen Wilkinson   Allen Wilkinson
437 Lohust Rd   Pottsboro, TX 75076
5-27-77
DOC # 444700
4-12-02
6-6-02

Carlos Harris   Carla Harr
1802 Davenport Ave Bogalusa, La, 70427
7-21-55
D.O.C. # 121427
u/k
u/k

## Additional Plaintiffs

Derrick Sandifer   *Derrick Sandifer*
1809 Bene St. Franklinton La. 70438
  3 - 2 - 78
Doc # 412988
  11 - 9 - 01
  Same

John Crawford   *John Crawford*
P.O. Box 965 Sun Ln 70463
  07 - 24 - 70
Doc # 131966
  12 - 19 - 00
  6 - 13 - 02

Steve Crenshaw   *Steve Crenshaw*
608 Roberston ST. Sun La. 70463
  1 - 13 - 72
  u K
  4 - 6 - 02
  Same

Keith Bell   *Keith Bell*
L.C.C. Olla La.
  9 - 25 - 62
Doc # 298761
  6 - 27 - 01
  Same

## Additional Plaintiffs

Bobby Franklin   Bobby Franklin
1224 N. Rosevelt St. Bogalusa La.
6-6-77
DOC# u/K
3-26-02
6-6-02

Quovondas Hawthorne   Quovondas Hawthorne
121 Coburn St. Bogalusa La. 70427
12-8-77
DOC# 388181
5-27-00
9-11-00

Herman Sartin - Herman Sartin
1804 ST Louis ST Bogalusa, La. 70427
9-30-82
439126
4-12-02
5-13-02

Howard Roberts - Howard Roberts
2113 Williams ST Franklinton, La,
11-18-82
u/K
10-29-01
not convicted - volated

## Additional Plaintiffs

James Cotton
1208 Davis St. Bogalusa La.
12-23-81
U/K
5-12-02
U/K

Paul Walker
704 Bayer ST Bogalusa, La. 70427
10-26-66
11 18 94
5-16-02

Fredrick Scott
1021 Ott St   Bogalusa La. 70427
7-14-68
Doc. 233117
2-12-02
Not Convicted

James A. Warren Jr.
71332 B. Alford Kentwood La. 70444
8-30-65
Doc. 191208
U/K
U/K

## Additional Plantiffs

Steve Keaton          Steve Keaton
1213 Pioner RD. Bogalusa La. 70427
7-23-81
U/K
6-22-99
7-5-02

Leonard Blackburn      Leonard Blackburn
930 Ruby RD. Bogalusa La. 70427
1-18-65
O.O.C. # 98338
6-9-01
12-11-01

Darryl Magee      Darryl Magee
111 Coburn St. Bogalusa La. 70427
6-25-58
U/K
U/K
9-6-01

Webster Scott      Webster Scott
1021 Ott ST. Bogalusa. La. 70427
10-29-60
Doc # 117861
12-27-01
3-13-02

B.   If your answer to A is yes, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.   Parties to the previous lawsuit

      Plaintiffs   _____

      _____

      Defendants   _____

      _____

   2.   Court (If federal court, name of the district court; if state court, name the parish.)

      _____

   3.   Docket Number _____

   4.   Name of Judge to whom case was assigned _____

      _____

   5.   Disposition (For example:  Was this case dismissed?  Was it appealed? Is it still pending?)

      _____

   6.   Approximate date of filing lawsuit _____

   7.   Approximate date of disposition _____

C.   Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No ( )

   If your answer is yes, list the civil action numbers and the disposition of each case.  You also must identify in which federal district or appellate court the action was brought.

   _____

   _____

   _____

II.   Place of Present Confinement: ___ L.C.C.   Olla, La. _____

A.   Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )  No ( )

2

B.   Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( ) No (✓)

C.   If your answer is YES,

    1.   Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

    2.   As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals?
_____
_____
_____

D.   If your answer is NO, explain why you have not done so: _This is not the place for which I'm filing_ _____

## III. Parties

(In item A below, place your name in the first blank, your present address in the second blank and your date of birth in the third blank. Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff _Darryl C. Harris_
    Address _1802 Davenport Ave. Bogalusa, La._
    Date of Birth _9-10-65_
    Prisoner Number _447424_
    Date of Arrest _5-14-02_
    Date of Conviction _not convicted / violated_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.)

B.   Defendant _____ is employed as _____
_____ at _____

C.   Additional Defendants _____
_____

IV.   Statement of Claim

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

(1) Had to slept on floor for weeks

(2) never had a hot meal at any time

(3) Weeks before you can get Medical attention

(4) No Excerise

(5) No nurse people giving their own shots

(6) Over Crowding

(7) no sheets & Blankets constanly cold

(8) Don't answer request Forms

(9) Don't Handle Records Right they always have you messed up.

(10) ship people off who are not convicted or have time
(11) DOC and regular Prisoners together

V.   Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Compensation

VI. Plaintiff's Declaration

1) I declare under penalty c - perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___/7___ day of ___July___, _2002_.

_____
(Signature of Plaintiff)

9/97

5

## VI. Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___23___ day of ___July___, ___2002___.


Carlos   Harris
(Signature of Plaintiff)

9/97

5

## VI. Plaintiff's Declaration

1)      I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)      I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)      I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)      I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _24_ day of _July_____, ~~19~~2002

_Keith Bell_
(Signature of Plaintiff)

9/97

5

*James Cotton*

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 5th day of August, 2002.

_____
(Signature of Plaintiff)

9/97

5

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___23___ day of ___July___ ,___2002___.

_____
(Signature of Plaintiff)

9/97

5

*Leonard Blackburn*

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this ___5th___ day of ___August___, 20 02.

_Leonard Blackburn_
**(Signature of Plaintiff)**

9/97

5

*Darryl Magee*

## VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $150 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this _____ 05 _____ day of _____ 8 _____, 20 20.02

_____
**(Signature of Plaintiff)**

9/97

5

**SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED**